

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-20-2009

# USA v. Jones

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-2798

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Jones" (2009). *2009 Decisions*. Paper 1348.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1348

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

No. 07-2798

UNITED STATES OF AMERICA

v.

PRESTON JONES
a/k/a
Death

Preston Jones,
Appellant

Appeal from the United States District Court
for the District of New Jersey
(D.C. Criminal Action No. 2-03-cr-00844-023)
District Judge: Honorable Katharine S. Hayden

Before:  SCIRICA, Chief Judge, AMBRO, and SMITH, Circuit Judges

————— **O R D E R** —————

The non-precedential opinion filed March 23, 2009 is hereby VACATED.  The motion by Appellee to publish the panel opinion is granted and will be filed forthwith.  It is noted that Appellant filed a petition for panel rehearing and rehearing en banc on May 18, 2009.  As the March 23, 2009 opinion is vacated, the  request for rehearing is dismissed as moot.  Should the parties wish to seek review of the precedential opinion of the Court, the procedures to do are set forth in Fed. R. App. P. 35 and 40.

By the Court

/s/ Thomas L. Ambro
Circuit Judge

Dated: 20 May 2009

**A True Copy:**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk